# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Akhoian Enterprises, Inc., dba Mr. Rooter Plumbing<br><br>**Debtor (s)** | **Case No.    SV 17-10017-MT**<br>**Adversary No. 18-01127-MT**<br><br>**Chapter 7** |
| Akhoian Enterprises, Inc., dba Mr. Rooter Plumbing a California Corporation; John Akhoian, an Individual; and Tamar Akhoian, an Individual<br><br>**Plaintiff (s)**<br><center>**vs.**</center>First-Citizens Bank&Trust Co, a North Carolina Corp; KI, LLC, a California Limited Liability Co; Kravitz, LLC a Delaware Limited Liability Co; Louis Kravitz&Assoc, Inc., a California Corp; Kravitz Inc., a California Corp; Ascensus, Inc., a Delaware Corp; and<br>**DOES 1 to 20, inclusive,** | <center>**NOTICE OF AND ORDER FOR STATUS CONFERENCE**</center> |

*\*\*THE PARTIES LISTED ABOVE. YOU ARE DIRECTED TO SERVE THIS NOTICE ON ANY OTHER INTERESTED PARTIES\*\**

An application for removal was filed with this Court on <u>12/11/18</u> .  Pursuant to Local

Bankruptcy Rule  9027-1  notice is hereby given that a Status Conference will be held on__

<u>January 16, 2019</u> at  <u>10:00 A.M.</u> , in Courtroom 302, 3rd Floor, U. S. Bankruptcy Court , San

Fernando Valley Division, 21041 Burbank Blvd., Woodland Hills, CA 91367 to consider the

aforementioned application and to determine the status of this case, at which time you are **ORDERED**

to appear.  Failure of counsel to appear may result in adverse action being taken by the court.  Please

notice all interested parties.

DATED:  <u>December 19, 2018</u>

BY ORDER OF THE COURT
KATHLEEN CAMPBELL
CERETTO, CLERK
U. S. BANKRUPTCY COURT

BY:    <u>Emma Gonzalez</u>

Courtroom Deputy Clerk

## CERTIFICATE OF SERVICE BY MAIL

I hereby certify that a copy of this Notice and Order for Status
Conference was mailed to the parties below on   December 19, 2018   .

JON E. CERETTO, CLERK
U. S. BANKRUPTCY COURT

BY:____Emma Gonzalez_____
Courtroom Deputy Clerk

Richard D. Burstein
Brutzkus Gubner
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367

OFFICE OF THE U.S. TRUSTEE
 - - via electronic mail - -