Reed S. Waddell (State Bar No. 106644)
rwaddell@frandzel.com
Gerrick M. Warrington (State Bar No. 294890)
gwarrington@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for FIRST-CITIZENS BANK & TRUST COMPANY

**FILED & ENTERED**

**MAY 24 2019**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Fisher    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>AKHOIAN ENTERPRISES, INC.,<br><br>Debtor. | Case No. 1:17-bk-10017-MT<br><br>Chapter 7<br><br>Adv No. 1:18-ap-01127-MT |
| AKHOIAN ENTERPRISES, INC., JOHN AKHOIAN, and TAMAR AKHOIAN,<br><br>Plaintiff,<br><br>v.<br><br>FIRST CITIZENS BANK & TRUST COMPANY, a North Carolina corporation; KI, LLC, a California limited liability company; KRAVITZ, LLC, a Delaware limited liability company; LOUIS KRAVITZ & ASSOCIATES, INC., a California corporation; KRAVITZ, INC., a California corporation; ASCENSUS, INC., a Delaware corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | **ORDER DISMISSING ADVERSARY PROCEEDING WITH PREJUDICE**<br><br>**Status Conference:**<br>Date:      May 15, 2019<br>Time:      10:00 a.m.<br>Crtrm.:    Courtroom 302<br>              United States Bankruptcy Court<br>              21041 Burbank Blvd.<br>              Woodland Hills, CA 91367<br><br>The Hon. Maureen A. Tighe |

This matter came before the Court on May 15, 2019, at a status conference scheduled in the above captioned adversary proceeding. Farnell & Norman, PC, appeared on behalf of Plaintiffs John and Tamar Akhoian (together, "Akhoians"). Reed S. Waddell of Frandzel Robins Bloom & Csato, L.C. appeared on behalf of Defendant First-Citizens Bank & Trust Company ("FCB"), and Richard Brustein of Brutzkus Gubner Rozansky Seror Weber LLP appeared on behalf of David Seror, Chapter 7 Trustee ("Trustee") of the estate of putatively-named Plaintiff Akhoian Enterprises, Inc. ("AEI," and together with the Akhoians, "Plaintiffs"). Other appearances, if any, were as noted on the record.

The Court has reviewed and considered the *Chapter 7 Trustee's Notice of Dismissal of Adversary Proceeding in its Entirety, With Prejudice* [Dkt. 29] ("Notice of Dismissal"), the *Notice of Lodgment of Order or Judgment in Adversary Proceeding re: Dismissal of Adversary Proceeding in its Entirety, With Prejudice* [Dkt. 30] ("NOL"), filed by and the Trustee, and the Objection to Form of the Order per LBR 9021-1(b)(3)(B) [Dkt. *pending*] ("Objection"), filed by FCB.

Based upon the entire record, including the Notice of Dismissal, NOL, Objection, and oral argument at the May 15, 2019, status conference, and for the reasons set forth on the record,

**IT IS ORDERED AS FOLLOWS:**

1. This adversary proceeding, and each and every one of the Plaintiffs' claims set forth in the adversary complaint, as appended to Dkt. 5, Exh. 2 ("Adversary Complaint"), are DISMISSED WITH PREJUDICE ("Dismissal").

2. This Dismissal is on the merits.

3. The Court sets a hearing for June 26, 2019 at 10:00 a.m. in Courtroom 302, of the United States Bankruptcy Court for the Central District of California, San Fernando Valley Division, 21041 Burbank Boulevard, Woodland Hills, CA 91367, as a holding date.

4. Any party in interest seeking, for any reason whatsoever, to raise any objections or otherwise address this dismissal, must be raised, if at all, on or before June 12, 2019. No objections to the dismissal may be made after that deadline. The failure to object by that deadline

ORDER DISMISSING ADVERSARY PROCEEDING WITH PREJUDICE

will be deemed consent to entry of dismissal with prejudice and on the merits. If any party in interest does object, any party in interest may file a reply on or before June 19, 2019, and the hearing on June 26, 2019, at 10:00 a.m. will go forward. However, if no party in interest objects, the dismissal will be final and the hearing will be taken off calendar.

###

Date: May 24, 2019

*Maureen A. Tighe*
Maureen A. Tighe
United States Bankruptcy Judge

ORDER DISMISSING ADVERSARY PROCEEDING WITH PREJUDICE