United States Bankruptcy Court
Central District of California

Akhoian Enterprises, Inc.,
    Plaintiff

Adv. Proc. No. 18-01127-MT

First-Citizens Bank & Trust Company,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0973-1    User: lfisherC    Page 1 of 1    Date Rcvd: May 24, 2019
                       Form ID: pdf031    Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 26, 2019.
```
aty            +Ronald Norman,    Farnell & Norman, PC,    2020 Main Street Ste 770,    Irvine, CA 92614-8221
pla            +Akhoian Enterprises, Inc.,    c/o Jeffrey G. Huron,    Dykema Gossett LLP,    333 S. Grand Avenue,
                 Suite 2100,    Los Angeles, CA 90071-1525
intp           +David Seror, not individually but solely his capac,    21650 Oxnard Street,    Suite 500,
                 Woodland Hills, CA 91367-4911
pla            +John Akhoian,    c/o Jeffrey G. Huron,    Dykema Gossett LLP,    333 S. Grand Avenue,    Suite 2100,
                 Los Angeles, CA 90071-1525
pla            +Tamar Akhoian,    c/o Jeffrey G. Huron,    Dykema Gossett LLP,    333 S. Grand Avneue,
                 Suite 2100,    Los Angeles, CA 90071-1525
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                     TOTAL: 0

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
dft              Ascensus, Inc., a Delaware corporation
intp             Courtesy NEF
dft              DOES 1 through 10, inclusive
dft              First-Citizens Bank & Trust Company
dft              KI, LLC, a California limited liability company
dft              Kravitz, Inc., a California corporation
dft              Kravitz, LLC, a Delaware limited liability company
dft              Louis Kravitz & Associates, Inc., a California cor
                                                                                   TOTALS: 8, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 24, 2019 at the address(es) listed below:
```
              Gerrick Warrington    on behalf of Defendant    First-Citizens Bank & Trust Company
               gwarrington@frandzel.com, sking@frandzel.com
              Jeffrey Huron    on behalf of Plaintiff    Akhoian Enterprises, Inc. jhuron@dykema.com,
               ebailon@dykema.com;catherall@dykema.com;jcedano@dykema.com;DocketLA@dykema.com
              Jeffrey Huron    on behalf of Plaintiff Tamar  Akhoian jhuron@dykema.com,
               ebailon@dykema.com;catherall@dykema.com;jcedano@dykema.com;DocketLA@dykema.com
              Jeffrey Huron    on behalf of Plaintiff John  Akhoian jhuron@dykema.com,
               ebailon@dykema.com;catherall@dykema.com;jcedano@dykema.com;DocketLA@dykema.com
              Reed S Waddell    on behalf of Defendant    First-Citizens Bank & Trust Company
               rwaddell@frandzel.com, sking@frandzel.com
              Richard Burstein    on behalf of Plaintiff    Akhoian Enterprises, Inc. rburstein@bg.law,
               ecf@bg.law
              Richard Burstein    on behalf of Plaintiff Tamar  Akhoian rburstein@bg.law,  ecf@bg.law
              Richard Burstein    on behalf of Plaintiff John  Akhoian rburstein@bg.law,  ecf@bg.law
              Richard Burstein    on behalf of Interested Party David  Seror, not individually but solely his
               capacity as Chapter 7 Trustee rburstein@bg.law,  ecf@bg.law
              Talin Keshishian    on behalf of Interested Party David  Seror, not individually but solely his
               capacity as Chapter 7 Trustee tkeshishian@bg.law,  ecf@bg.law
              Talin Keshishian    on behalf of Interested Party    Courtesy NEF tkeshishian@bg.law,  ecf@bg.law
              United States Trustee (SV)   ustpregion16.wh.ecf@usdoj.gov
                                                                                             TOTAL: 12
```

| | |
|---|---|
| Reed S. Waddell (State Bar No. 106644)<br>rwaddell@frandzel.com<br>Gerrick M. Warrington (State Bar No. 294890)<br>gwarrington@frandzel.com<br>FRANDZEL ROBINS BLOOM & CSATO, L.C.<br>1000 Wilshire Boulevard, Nineteenth Floor<br>Los Angeles, California 90017-2427<br>Telephone: (323) 852-1000<br>Facsimile: (323) 651-2577<br><br>Attorneys for FIRST-CITIZENS BANK & TRUST COMPANY | **FILED & ENTERED**<br><br>MAY 24 2019<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY Fisher    DEPUTY CLERK |

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>AKHOIAN ENTERPRISES, INC.,<br><br>    Debtor. | Case No. 1:17-bk-10017-MT<br><br>Chapter 7<br><br>Adv No. 1:18-ap-01127-MT |
| AKHOIAN ENTERPRISES, INC., JOHN AKHOIAN, and TAMAR AKHOIAN,<br><br>    Plaintiff,<br><br>    v.<br><br>FIRST CITIZENS BANK & TRUST COMPANY, a North Carolina corporation; KI, LLC, a California limited liability company; KRAVITZ, LLC, a Delaware limited liability company; LOUIS KRAVITZ & ASSOCIATES, INC., a California corporation; KRAVITZ, INC., a California corporation; ASCENSUS, INC., a Delaware corporation; and DOES 1 through 20, inclusive,<br><br>    Defendants. | **ORDER DISMISSING ADVERSARY PROCEEDING WITH PREJUDICE**<br><br>**Status Conference:**<br>Date:    May 15, 2019<br>Time:   10:00 a.m.<br>Crtrm.:  Courtroom 302<br>          United States Bankruptcy Court<br>          21041 Burbank Blvd.<br>          Woodland Hills, CA 91367<br><br>The Hon. Maureen A. Tighe |

ORDER DISMISSING ADVERSARY PROCEEDING WITH PREJUDICE

This matter came before the Court on May 15, 2019, at a status conference scheduled in the above captioned adversary proceeding. Farnell & Norman, PC, appeared on behalf of Plaintiffs John and Tamar Akhoian (together, "Akhoians"). Reed S. Waddell of Frandzel Robins Bloom & Csato, L.C. appeared on behalf of Defendant First-Citizens Bank & Trust Company ("FCB"), and Richard Brustein of Brutzkus Gubner Rozansky Seror Weber LLP appeared on behalf of David Seror, Chapter 7 Trustee ("Trustee") of the estate of putatively-named Plaintiff Akhoian Enterprises, Inc. ("AEI," and together with the Akhoians, "Plaintiffs"). Other appearances, if any, were as noted on the record.

The Court has reviewed and considered the *Chapter 7 Trustee's Notice of Dismissal of Adversary Proceeding in its Entirety, With Prejudice* [Dkt. 29] ("Notice of Dismissal"), the *Notice of Lodgment of Order or Judgment in Adversary Proceeding re: Dismissal of Adversary Proceeding in its Entirety, With Prejudice* [Dkt. 30] ("NOL"), filed by and the Trustee, and the Objection to Form of the Order per LBR 9021-1(b)(3)(B) [Dkt. *pending*] ("Objection"), filed by FCB.

Based upon the entire record, including the Notice of Dismissal, NOL, Objection, and oral argument at the May 15, 2019, status conference, and for the reasons set forth on the record,

**IT IS ORDERED AS FOLLOWS:**

1. This adversary proceeding, and each and every one of the Plaintiffs' claims set forth in the adversary complaint, as appended to Dkt. 5, Exh. 2 ("Adversary Complaint"), are DISMISSED WITH PREJUDICE ("Dismissal").

2. This Dismissal is on the merits.

3. The Court sets a hearing for June 26, 2019 at 10:00 a.m. in Courtroom 302, of the United States Bankruptcy Court for the Central District of California, San Fernando Valley Division, 21041 Burbank Boulevard, Woodland Hills, CA 91367, as a holding date.

4. Any party in interest seeking, for any reason whatsoever, to raise any objections or otherwise address this dismissal, must be raised, if at all, on or before June 12, 2019. No objections to the dismissal may be made after that deadline. The failure to object by that deadline

will be deemed consent to entry of dismissal with prejudice and on the merits. If any party in interest does object, any party in interest may file a reply on or before June 19, 2019, and the hearing on June 26, 2019, at 10:00 a.m. will go forward. However, if no party in interest objects, the dismissal will be final and the hearing will be taken off calendar.

###

Date: May 24, 2019

*Maureen A. Tighe*
United States Bankruptcy Judge

---

ORDER DISMISSING ADVERSARY PROCEEDING WITH PREJUDICE